JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CLARK WOLFE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WARDEN, FCI Lompoc,<br><br>　　　　Respondent. | Case No. 2:25-cv-09623-JFW<br><br>**[Associated Criminal Case: 2:22-cr-00322-JFW]**<br><br>**ORDER DISMISSING CASE (Fed. R. Civ. P. 41(a)(1))** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that: (1) the parties' Stipulation for Voluntary Dismissal is APPROVED; (2) Judgment be entered dismissing this action.

IT IS SO ORDERED.

DATED: January 16, 2026

_____
HON. JOHN F. WALTER
United States District Judge

cc: USPO; USM; BOP